UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Bradley International Terminal Equipment Company,<br><br>             Plaintiff,<br><br>     vs.<br><br>Alaska Airlines, Inc., a Corporation and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  2:22-cv-03578-MWF-JCx<br><br>**MODIFIED ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |

**GOOD CAUSE APPEARING**, the Magistrate Judge – to whom the District Judge has referred the Stipulation and Protective Order ("Stipulated Protective Order") – approves the Stipulated Protective Order with the following modifications:   (1) To the extent any deadlines/time frames set forth in the Stipulated Protective Order may be inconsistent with deadlines set by the District Judge, the latter shall govern; and (2) The Stipulated Protective Order does not apply to testimony given/arguments made during a court hearing or trial in this action.  Any use of "Confidential Materials" during a court hearing or at trial shall be governed by the orders of the presiding judge.

    IT IS SO ORDERED.

DATED: December 27, 2022                    /s/
                                          Hon. Jacqueline Chooljian
                                          United States Magistrate Judge