JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Bradley International Terminal Equipment Company,<br><br>Plaintiff,<br><br>vs.<br><br>Alaska Airlines, Inc., a Corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-03578-MWF-JCx<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Having considered the joint request to dismiss this lawsuit with prejudice, the Court hereby grants the parties' request, and this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 12, 2023

                                        MICHAEL W. FITZGERALD
                                        United States District Judge